Official Form 410C13-M1R (12/25)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re: JARROD ANTHONY GOLDEN**
**ANGELA NICOLE GOLDEN**
**Debtors**

**Case no: 24-01134-JAW**
**Chapter 13**

**Response to Trustee's Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim**

**Planet Home Lending, LLC** (claim holder) states as follows:

**1.** The following information relates to the mortgage claim at issue:

**Name of Claim Holder**: Planet Home Lending, LLC **Court claim no.** (if known): 4

**Last 4 digits** of any number used to identify the debtor's account: 0775

**Property address**: 113 Federal Cove

Madison, MS 39110

City State ZIP Code

**2.** Arrearages

The total amount received to cure any arrearages as of the date of this response is:

**$230.88**

Check all that apply:

☐ As of the date of this response, the debtor has paid in full the amount required to cure any arrearage on this mortgage claim.

☑ As of the date of this response, the debtor has not paid in full the amount required to cure any prepetition arrearage on this mortgage claim. The total prepetition arrearage amount remaining unpaid as of the date of this response is:

**$302.05**

☐ As of the date of this response, the debtor has not paid in full the amount required to cure any postpetition arrearage on the mortgage claim. The total postpetition arrearage amount remaining unpaid on the date of this response is:

**$__________**

**3.** Postpetition Payments

(a) Check all that apply:

☑ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The debtor is obligated for the postpetition payment(s) that first became due on: ____/_____/______.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | **09/03/2026** |
| ii. | Date next postpetition payment from the debtor is due: | **09/01/2026** |
| iii. | Amount of the next postpetition payment that is due: | **$1,588.96** |
| iv. | Unpaid principal balance of the loan: | **$229,025.97** |
| v. | Additional amounts due for any deferred or accrued interest: | **$1,515.59** |
| vi. | Balance of the escrow account: | **$2,131.34** |
| vii. | Balance of unapplied funds or funds held in a suspense account: | **$96.70** |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | **$0.00** |

**4.** Itemized Payment History

Include if applicable:

Because the claim holder asserts that the arrearages have not been paid in full or states that the debtor is not current on all postpetition payments or that fees, charges, expenses, escrow, and costs are due and owing, the claim holder attaches an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

/s/ Natalie Brown Date 09/21/26
Signature

Print Natalie Brown Title Attorney for Creditor
Name

Company Rubin Lublin, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address 3145 Avalon Ridge Place, Suite 100
Number Street

Peachtree Corners, GA 30071
City State ZIP Code

Contact phone (877) 813-0992 Email nbrown@rlselaw.com

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.
☑ I am the claim holder's authorized agent.

# Fax

Planet Home Lending
WE'LL GET YOU HOME

Planet Home Lending, LLC,
© 2019 Planet Home Lending LLC NMLS ID [redacted]

From:

Phone:

Fax: [redacted]

Company Name: **Planet Home Lending**

**Comments:**

************** FAX COVER SHEET *************

DATE: September 02, 2026

TO: Default Req - External
Jarrod A Golden
Angela N Golden

Planet [redacted]
PHONE:
FAX:

RE: PAYOFF REQUEST
BORROWER: Jarrod A Golden
LOAN: [redacted]

THIS FACSIMILE TRANSMISSION CONTAINS A ONE-PAGE PAYOFF STATEMENT AND TWO PAGES OF IMPORTANT INFORMATION AND DISCLOSURES*. IF YOU HAVE ANY QUESTIONS OR ARE CONCERNED YOU DID NOT RECEIVE THE ENTIRE TRANSMISSION, PLEASE CONTACT OUR CUSTOMER SERVICE DEPARTMENT AT [redacted] BETWEEN THE HOURS OF 8:30 A.M. and 9:00 P.M. EASTERN TIME, MONDAY THROUGH FRIDAY.

** SPECIAL NOTE TO LOANS ON THE AUTOMATIC WITHDRAWAL PROGRAM **

If this loan is on an automatic withdrawal program ("ACH"), ACH must be cancelled at least 3 business days prior to the payoff of your loan. You may cancel your ACH online - Go to our website www.planethomelending.com or contact our customer service representatives at [redacted].

*A ONE-PAGE PREPAYMENT PENALTY DESCRIPTION IS ALSO ENCLOSED IF YOUR LOAN HAS A PREPAYMENT PENALTY PROVISION.

***DUE TO INCREASING WIRE FRAUD - PLEASE CALL TO CONFIRM ALL WIRING INSTRUCTIONS PRIOR TO SENDING.***

PAYOFF STATEMENT

September 02, 2026 SENT BY: Mail ___ Email ___ Fax _X_

TO:
Default Req - External
Jarrod A Golden
Angela N Golden
113 Federal Cove
Madison, MS 39110

Loan No: [redacted]
Loan Type: FHA
FHA Case No/Sec: [redacted]
Original Loan Amount: $ 263,736

Mail To:

RE Property Address:
113 Federal Cove
Madison MS 39110

Jarrod A Golden
Angela N Golden
113 Federal Cove
Madison,MS 39110

These figures are good through September 28, 2026.
This loan is due for the August 01, 2026 payment.

| | | |
|---|---|---|
| The current total unpaid Principal Balance is: | $ | 229,025.97 |
| Interest at 2.75000% | $ | 1,515.59 |
| Suspense Balance | $ | -96.70 |
| Pro Rata MIP | $ | 320.78 |
| Recording Fee | $ | 27.00 |
| * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * | | 230,792.64 |

Funds received on or after September 28, 2026 will require an additional $ 17.26 interest per Day.

Issuance of this statement does not suspend the contract requirement to make the mortgage payments when due. A late charge of $ 43.07 will be assessed 16 days after a current payment is due and should be added to the payoff total if received after that time. In addition if there is escrow on your loan we will make payments for taxes and/or insurance if they are due while the payoff is pending.

We will not accept short payoffs; the borrower(s) and/or remitter will be notified of any shortage and interest will continue to accrue until the loan is paid in full. If escrow funds are available at the time payoff funds are received, Planet Home Lending may apply available escrow funds to reduce or satisfy a payoff shortage, where permitted by applicable law, investor/agency requirements, and the loan documents. Any remaining escrow balance will be refunded after payoff in accordance with applicable requirements.

PAYOFF DEPARTMENT [redacted]

* IMPORTANT INFORMATION ABOUT THIS PAYOFF STATEMENT *

IF PAYMENT OF ESCROW ITEMS RESULTS IN A NEGATIVE ESCROW BALANCE ANY SUCH NEGATIVE BALANCE MUST ALSO BE PAID IN ORDER TO PAY THE LOAN IN FULL.

Payoff funds must be made payable to PLANET HOME LENDING, LLC ("Planet") and will be accepted by Wire Transfer, Cashier's Check, Certified Bank Check, Title Company Check or Attorney's Escrow Check only. Please ensure your payment references your loan number and borrower(s) last name. Personal Checks will not be accepted for payoff.

If funds received are greater than what is required to pay off the loan, the overage will be automatically refunded to the present borrower(s), along with any remaining escrow funds, within twenty (20) business days from the date of payoff.

Funds received after 5:00 p.m. Eastern Time or on a weekend/holiday will be processed the next business day and will require additional interest.

**WIRING INSTRUCTIONS - *MUST INCLUDE REFERENCE IF WIRING FUNDS***

BANK NAME: [redacted]
ABA NUMBER: [redacted]
ACCOUNT NUMBER: [redacted]
ACCOUNT NAME: PLANET HOME LENDING, LLC, PAYMENT CLEARING
REFERENCE: 5200030775/Jarrod A Golden
113 Federal Cove, Madison MS 39110

***DUE TO INCREASING WIRE FRAUD - PLEASE CALL TO CONFIRM ALL WIRING INSTRUCTIONS PRIOR TO SENDING.***

OVERNIGHT AND REGULAR MAILING ADDRESS:
Planet Home Lending, LLC
321 Research Parkway, Suite 303
Meriden, CT 06450
ATTN: PAYOFF DEPARTMENT

If the borrower's mailing address will change as a result of this transaction, please furnish the new address in the space provided below. If a new mailing address is not provided, any escrow refund, year-end statements, paid in full documents, etc. will be delivered to the mailing address currently on file.

**BORROWER(S) NEW MAILING ADDRESS:**

Borrower Name Street Address

Co-Borrower(s) City, State, ZIP Code

The release document will be prepared and sent to the county recording office within the time frame dictated by applicable state.

**Important Disclosures**

ATTENTION TO ANY DEBTOR IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: This communication is being sent for compliance and/or informational purposes only, and is not an attempt to collect a debt or impose personal liability on the recipient except as permitted by law. Please be advised that this communication constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof who has received a discharge of such debt in accordance with applicable bankruptcy laws or who is subject to the automatic stay of Section 362 of the U.S. Bankruptcy Code. Planet Home Lending, LLC retains its rights under its security instrument, including the right to foreclose its lien and to se[redacted]nary course of business communications pursuant to 11 USC [redacted].

**Borrowers who are not in bankruptcy or who have not received a discharge in bankruptcy, please be advised that Planet Home Lending, LLC is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.**

If your FHA loan was modified with a Partial Claim, you may have an additional FHA lien, which requires a separate payoff, payable to FHA. This payoff statement does not include any amounts owed directly to FHA due to a Partial Claim or other HUD modification program. For FHA loans that have been modified with HUD, please contact Information Systems & Networks Corporation (ISN) at [redacted] or PCPayoffs@hud.gov for instructions regarding how to request a payoff statement for Partial Claims. Any questions may be directed to the FHA Resource Center Toll-Free number at [redacted] or by e-mail answers@HUD.gov.

The "Pro Rata MIP" listed is an estimation of the MIP amount that may be required by HUD. The final amount due is determined by several date factors, including but not limited to the actual payoff date, the last MIP disbursement and the last mortgage payment made. Should HUD determine any MIP amount collected is not required, it will be refunded.

Reconciliation

| | | | |
|---|---|---|---|
| Debtor's Name: | Jarrod | Golden | |
| Debtor's Name: | Angela | Golden | |
| Account Number: | [redacted] | | |
| BK Type: | [redacted] | | |
| Case Number: | [redacted] | | |
| Date Completed: | [redacted] | | |
| Investor No. | [redacted] | | |

| | |
|---|---|
| Print Date: | 9/16/2026 |
| Recon Specialist | [redacted] |

| | Contractual Due Date | Post Petition Due Date | Date Processed | Actual Payment Received | Post Petition Payment Amount Due | Contractual Interest | Contractual Principal | Applied to Principal Balance | Principal Balance | Escrow | Escrow Balance | Unapplied | Unapplied Balance | Trustee/Customer Unapplied (Difference between contractual and post petition payments) | Post Funds, used only for ARM, escrow changes & mods | Trustee Funds for arrears | Trustee Funds balance | Any Fees (INS, TAXES, POC and plan review as well as any fees allowed by court IE: A/O Fee) | Corporate Advances Balance - Includes fees on POC | Fee 1 Late Charges and NSF Fees Included on POC | Fee 1 Balance | Deferred Principal | Deferred Principal Balance | Comments | Arrears Payments | Trustee Arrears on POC or Supplemental POC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Interest Rate | Due Date | Post Petition Due Date | Date Processed | Actual Payment Received | Payment | Interest | Principal | Curtailment | Principal Balance | Escrow | Escrow Balance | Unapplied | Unapplied Balance | Post Petition Unapplied | Post Petition Unapplied Balance | Pre-Petition Unapplied | Pre-Petition Unapplied Balance | Fees Paid/Assessed | Corporate Advances Balance | Late Charges & NSF Fees Paid/Assessed | Fee 1 Balance | Deferred Principal | Deferred Principal Balance | Comments | Pre-Petition Paid | Pre-Petition Balance |
| 2.750% | | | 05/14/2024 | | | | $ - | | $ 242,938.99 | | $ 1,153.84 | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | | $ - | | $ - | BK File Date | | $ 532.93 |
| 2.750% | 06/01/2024 | 06/01/2024 | 06/03/2024 | $ 1,575.56 | $ 1,527.11 | $ 556.74 | $ 519.94 | | $ 242,419.05 | $ 450.43 | $ 1,604.27 | $ 48.45 | $ 48.45 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 532.93 |
| 2.750% | | | 06/04/2024 | | | | $ - | | $ 242,419.05 | $ (169.30) | $ 1,434.97 | $ - | $ 48.45 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 532.93 |
| 2.750% | | | 07/02/2024 | | | | $ - | | $ 242,419.05 | $ (169.30) | $ 1,265.67 | $ - | $ 48.45 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 532.93 |
| 2.750% | 07/01/2024 | 07/01/2024 | 07/12/2024 | $ 1,575.56 | $ 1,527.11 | $ 555.54 | $ 521.14 | | $ 241,897.91 | $ 450.43 | $ 1,716.10 | $ 48.45 | $ 96.90 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 532.93 |
| 2.750% | | | 08/02/2024 | | | | $ - | | $ 241,897.91 | $ (169.30) | $ 1,546.80 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 532.93 |
| 2.750% | 08/01/2024 | 08/01/2024 | 08/12/2024 | $ 1,527.11 | $ 1,527.11 | $ 554.35 | $ 522.33 | | $ 241,375.58 | $ 450.43 | $ 1,997.23 | $ - | $ 96.90 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 532.93 |
| 2.750% | | | 08/20/2024 | $ 17.76 | | | $ - | | $ 241,375.58 | $ 17.76 | $ 2,014.99 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (17.76) | $ 515.17 |
| 2.750% | | | 09/04/2024 | | | | $ - | | $ 241,375.58 | $ (169.30) | $ 1,845.69 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 515.17 |
| 2.750% | 09/01/2024 | 09/01/2024 | 09/09/2024 | $ 1,527.11 | $ 1,527.11 | $ 553.15 | $ 523.53 | | $ 240,852.05 | $ 450.43 | $ 2,296.12 | $ - | $ 96.90 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 515.17 |
| 2.750% | | | 09/23/2024 | $ 8.88 | | | $ - | | $ 240,852.05 | $ 8.88 | $ 2,305.00 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 506.29 |
| 2.750% | | | 10/02/2024 | | | | $ - | | $ 240,852.05 | $ (169.30) | $ 2,135.70 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 506.29 |
| 2.750% | 10/01/2024 | 10/01/2024 | 10/08/2024 | $ 1,527.11 | $ 1,527.11 | $ 551.95 | $ 524.73 | | $ 240,327.32 | $ 450.43 | $ 2,586.13 | $ - | $ 96.90 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 506.29 |
| 2.750% | | | 10/17/2024 | | | | $ - | | $ 240,327.32 | $ (1,691.00) | $ 895.13 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Insurance Disbursement | | $ 506.29 |
| 2.750% | | | 10/18/2024 | $ 8.88 | | | $ - | | $ 240,327.32 | $ 8.88 | $ 904.01 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 497.41 |
| 2.750% | | | 11/04/2024 | | | | $ - | | $ 240,327.32 | $ (169.30) | $ 734.71 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 497.41 |
| 2.750% | 11/01/2024 | 11/01/2024 | 11/15/2024 | $ 1,527.11 | $ 1,527.11 | $ 550.75 | $ 525.93 | | $ 239,801.39 | $ 450.43 | $ 1,185.14 | $ - | $ 96.90 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 497.41 |
| 2.750% | | | 11/18/2024 | $ 8.88 | | | $ - | | $ 239,801.39 | $ 8.88 | $ 1,194.02 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 488.53 |
| 2.750% | | | 12/03/2024 | | | | $ - | | $ 239,801.39 | $ (164.90) | $ 1,029.12 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 488.53 |
| 2.750% | 12/01/2024 | 12/01/2024 | 12/13/2024 | $ 1,527.11 | $ 1,527.11 | $ 549.54 | $ 527.14 | | $ 239,274.25 | $ 450.43 | $ 1,479.55 | $ - | $ 96.90 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 488.53 |
| 2.750% | | | 12/17/2024 | $ 8.88 | | | $ - | | $ 239,274.25 | $ 8.88 | $ 1,488.43 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 479.65 |
| 2.750% | | | 01/03/2025 | | | | $ - | | $ 239,274.25 | $ (164.90) | $ 1,323.53 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 479.65 |
| 2.750% | | | 01/13/2025 | | | | $ - | | $ 239,274.25 | $ (1,893.55) | $ (570.02) | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Tax Disbursement | | $ 479.65 |
| 2.750% | 01/01/2025 | 01/01/2025 | 01/16/2025 | $ 1,527.11 | $ 1,527.11 | $ 548.34 | $ 528.34 | | $ 238,745.91 | $ 450.43 | $ (119.59) | $ - | $ 96.90 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 479.65 |
| 2.750% | | | 02/04/2025 | | | | $ - | | $ 238,745.91 | $ (164.90) | $ (284.49) | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 479.65 |
| 2.750% | | | 02/14/2025 | $ 8.88 | | | $ - | | $ 238,745.91 | $ 8.88 | $ (275.61) | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 470.77 |
| 2.750% | 02/01/2025 | 02/01/2025 | 02/21/2025 | $ 1,527.11 | $ 1,527.11 | $ 547.13 | $ 529.55 | | $ 238,216.36 | $ 450.43 | $ 174.82 | $ - | $ 96.90 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 470.77 |
| 2.750% | | | 03/04/2025 | | | | $ - | | $ 238,216.36 | $ (164.90) | $ 9.92 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 470.77 |
| 2.750% | | | 03/17/2025 | $ 8.88 | | | $ - | | $ 238,216.36 | $ 8.88 | $ 18.80 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 461.89 |
| 2.750% | 03/01/2025 | 03/01/2025 | 03/24/2025 | $ 1,527.11 | $ 1,527.11 | $ 545.91 | $ 530.77 | | $ 237,685.59 | $ 450.43 | $ 469.23 | $ - | $ 96.90 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 461.89 |
| 2.750% | | | 04/02/2025 | | | | $ - | | $ 237,685.59 | $ (164.90) | $ 304.33 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 461.89 |
| 2.750% | | | 04/17/2025 | $ 17.76 | | | $ - | | $ 237,685.59 | $ 17.76 | $ 322.09 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (17.76) | $ 444.13 |
| 2.750% | 04/01/2025 | 04/01/2025 | 04/21/2025 | $ 1,527.11 | $ 1,527.11 | $ 544.70 | $ 531.98 | | $ 237,153.61 | $ 450.43 | $ 772.52 | $ - | $ 96.90 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 444.13 |
| 2.750% | | | 05/02/2025 | | | | $ - | | $ 237,153.61 | $ (164.90) | $ 607.62 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 444.13 |
| 2.750% | | | 05/16/2025 | $ 8.88 | | | $ - | | $ 237,153.61 | $ 8.88 | $ 616.50 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 435.25 |
| 2.750% | 05/01/2025 | 05/01/2025 | 05/21/2025 | $ 1,527.11 | $ 1,527.11 | $ 543.48 | $ 533.20 | | $ 236,620.41 | $ 450.43 | $ 1,066.93 | $ - | $ 96.90 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 435.25 |
| 2.750% | | | 06/03/2025 | | | | $ - | | $ 236,620.41 | $ (164.90) | $ 902.03 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 435.25 |
| 2.750% | | | 06/16/2025 | $ 8.88 | | | $ - | | $ 236,620.41 | $ 8.88 | $ 910.91 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 426.37 |
| 2.750% | 06/01/2025 | 06/01/2025 | 06/26/2025 | $ 1,527.11 | $ 1,527.11 | $ 542.26 | $ 534.42 | | $ 236,085.99 | $ 450.43 | $ 1,361.34 | $ - | $ 96.90 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 426.37 |
| 2.750% | | | 07/02/2025 | | | | $ - | | $ 236,085.99 | $ (164.90) | $ 1,196.44 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 426.37 |
| 2.750% | | | 07/16/2025 | $ 8.88 | | | $ - | | $ 236,085.99 | $ 8.88 | $ 1,205.32 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 417.49 |
| 2.750% | 07/01/2025 | 07/01/2025 | 07/28/2025 | $ 1,565.57 | $ 1,565.57 | $ 541.03 | $ 535.65 | | $ 235,550.34 | $ 488.89 | $ 1,694.21 | $ - | $ 96.90 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 417.49 |
| 2.750% | | | 08/04/2025 | | | | $ - | | $ 235,550.34 | $ (164.90) | $ 1,529.31 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 417.49 |
| 2.750% | | | 08/20/2025 | $ 8.88 | | | $ - | | $ 235,550.34 | $ 8.88 | $ 1,538.19 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 408.61 |
| 2.750% | 08/01/2025 | 08/01/2025 | 08/22/2025 | $ 1,565.57 | $ 1,565.57 | $ 539.80 | $ 536.88 | | $ 235,013.46 | $ 488.89 | $ 2,027.08 | $ - | $ 96.90 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 408.61 |
| 2.750% | | | 09/03/2025 | | | | $ - | | $ 235,013.46 | $ (164.90) | $ 1,862.18 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 408.61 |
| 2.750% | | | 09/18/2025 | $ 8.88 | | | $ - | | $ 235,013.46 | $ 8.88 | $ 1,871.06 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 399.73 |
| 2.750% | 09/01/2025 | 09/01/2025 | 09/22/2025 | $ 1,565.57 | $ 1,565.57 | $ 538.57 | $ 538.11 | | $ 234,475.35 | $ 488.89 | $ 2,359.95 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 399.73 |
| 2.750% | | | 10/02/2025 | | | | $ - | | $ 234,475.35 | $ (164.90) | $ 2,195.05 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 399.73 |
| 2.750% | | | 10/17/2025 | | | | $ - | | $ 234,475.35 | $ (1,947.00) | $ 248.05 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Insurance Disbursement | | $ 399.73 |
| 2.750% | | | 10/21/2025 | $ 8.88 | | | $ - | | $ 234,475.35 | $ 8.88 | $ 256.93 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 390.85 |
| 2.750% | 10/01/2025 | 10/01/2025 | 10/30/2025 | $ 1,565.57 | $ 1,565.57 | $ 537.34 | $ 539.34 | | $ 233,936.01 | $ 488.89 | $ 745.82 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 390.85 |
| 2.750% | | | 11/04/2025 | | | | $ - | | $ 233,936.01 | $ (164.90) | $ 580.92 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 390.85 |
| 2.750% | | | 11/19/2025 | $ 8.88 | | | $ - | | $ 233,936.01 | $ 8.88 | $ 589.80 | $ - | $ 96.90 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 381.97 |
| 2.750% | 11/01/2025 | 11/01/2025 | 11/28/2025 | $ 1,565.37 | $ 1,565.57 | $ 536.10 | $ 540.58 | | $ 233,395.43 | $ 488.89 | $ 1,078.69 | $ (0.20) | $ 96.70 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 381.97 |

Reconciliation

| | | |
|---|---|---|
| **Debtor's Name:** | Jarrod | Golden |
| **Debtor's Name:** | Angela | Golden |
| **Account Number:** | [redacted] | |
| **BK Type:** | [redacted] | |
| **Case Number:** | [redacted] | |
| **Date Completed:** | 9/16/2026 | |
| **Investor No.** | [redacted] | |

| | |
|---|---|
| **Print Date:** | 9/16/2026 |
| **Recon Specialist** | [redacted] |

| | Contractual Due Date | Post Petition Due Date | Date Processed | Actual Payment Received | Post Petition Payment Amount Due | Contractual Interest | Contractual Principal | Applied to Principal Balance | Principal Balance | Escrow | Escrow Balance | Unapplied | Unapplied Balance | Trustee/Customer Unapplied (Difference between contractual and post petition payments) | Post Funds, used only for ARM, escrow changes & mods | Trustee Funds for arrears | Trustee Funds balance | Any Fees (INS, TAXES, POC and plan review as well as any fees allowed by court IE: A/O Fee) | Corporate Advances Balance - Includes fees on POC | Fee 1 Late Charges and NSF Fees Included on POC | Fee 1 Balance | Deferred Principal | Deferred Principal Balance | Comments | Arrears Payments | Trustee Arrears on POC or Supplemental POC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Interest Rate | Due Date | Post Petition Due Date | Date Processed | Actual Payment Received | Payment | Interest | Principal | Curtailment | Principal Balance | Escrow | Escrow Balance | Unapplied | Unapplied Balance | Post Petition Unapplied | Post Petition Unapplied Balance | Pre-Petition Unapplied | Pre-Petition Unapplied Balance | Fees Paid/Assessed | Corporate Advances Balance | Late Charges & NSF Fees Paid/Assessed | Fee 1 Balance | Deferred Principal | Deferred Principal Balance | Comments | Pre-Petition Paid | Pre-Petition Balance |
| 2.750% | | | 12/02/2025 | | | | $ - | | $ 233,395.43 | $ (160.39) | $ 918.30 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 381.97 |
| 2.750% | | | 12/17/2025 | $ 8.88 | | | $ - | | $ 233,395.43 | $ 8.88 | $ 927.18 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 373.09 |
| 2.750% | 12/01/2025 | 12/01/2025 | 12/26/2025 | $ 1,565.57 | $ 1,565.57 | $ 534.86 | $ 541.82 | | $ 232,853.61 | $ 488.89 | $ 1,416.07 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 373.09 |
| 2.750% | | | 01/05/2026 | | | | $ - | | $ 232,853.61 | $ (160.39) | $ 1,255.68 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 373.09 |
| 2.750% | | | 01/13/2026 | | | | $ - | | $ 232,853.61 | $ (1,893.55) | $ (637.87) | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Tax Disbursement | | $ 373.09 |
| 2.750% | | | 01/20/2026 | $ 8.88 | | | $ - | | $ 232,853.61 | $ 8.88 | $ (628.99) | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 364.21 |
| 2.750% | 01/01/2026 | 01/01/2026 | 01/26/2026 | $ 1,565.57 | $ 1,565.57 | $ 533.62 | $ 543.06 | | $ 232,310.55 | $ 488.89 | $ (140.10) | $ - | $ 96.70 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 364.21 |
| 2.750% | | | 02/03/2026 | | | | $ - | | $ 232,310.55 | $ (160.39) | $ (300.49) | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 364.21 |
| 2.750% | | | 02/18/2026 | $ 8.88 | | | $ - | | $ 232,310.55 | $ 8.88 | $ (291.61) | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 355.33 |
| 2.750% | 02/01/2026 | 02/01/2026 | 02/23/2026 | $ 1,565.57 | $ 1,565.57 | $ 532.38 | $ 544.30 | | $ 231,766.25 | $ 488.89 | $ 197.28 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 355.33 |
| 2.750% | | | 03/03/2026 | | | | $ - | | $ 231,766.25 | $ (160.39) | $ 36.89 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 355.33 |
| 2.750% | | | 03/17/2026 | $ 8.88 | | | $ - | | $ 231,766.25 | $ 8.88 | $ 45.77 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 346.45 |
| 2.750% | 03/01/2026 | 03/01/2026 | 03/20/2026 | $ 1,565.57 | $ 1,565.57 | $ 531.13 | $ 545.55 | | $ 231,220.70 | $ 488.89 | $ 534.66 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 346.45 |
| 2.750% | | | 04/02/2026 | | | | $ - | | $ 231,220.70 | $ (160.39) | $ 374.27 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 346.45 |
| 2.750% | 04/01/2026 | 04/01/2026 | 04/17/2026 | $ 1,565.57 | $ 1,565.57 | $ 529.88 | $ 546.80 | | $ 230,673.90 | $ 488.89 | $ 863.16 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 346.45 |
| 2.750% | | | 04/23/2026 | $ 8.88 | | | $ - | | $ 230,673.90 | $ 8.88 | $ 872.04 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 337.57 |
| 2.750% | | | 05/04/2026 | | | | $ - | | $ 230,673.90 | $ (160.39) | $ 711.65 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 337.57 |
| 2.750% | | | 05/21/2026 | $ 8.88 | | | $ - | | $ 230,673.90 | $ 8.88 | $ 720.53 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 328.69 |
| 2.750% | 05/01/2026 | 05/01/2026 | 05/28/2026 | $ 1,565.57 | $ 1,565.57 | $ 528.63 | $ 548.05 | | $ 230,125.85 | $ 488.89 | $ 1,209.42 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 328.69 |
| 2.750% | | | 06/02/2026 | | | | $ - | | $ 230,125.85 | $ (160.39) | $ 1,049.03 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 328.69 |
| 2.750% | | | 06/18/2026 | $ 8.88 | | | $ - | | $ 230,125.85 | $ 8.88 | $ 1,057.91 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 319.81 |
| 2.750% | 06/01/2026 | 06/01/2026 | 06/26/2026 | $ 1,588.96 | $ 1,588.96 | $ 527.37 | $ 549.31 | | $ 229,576.54 | $ 512.28 | $ 1,570.19 | $ - | $ 96.70 | $ 0.00 | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 319.81 |
| 2.750% | | | 07/02/2026 | | | | $ - | | $ 229,576.54 | $ (160.39) | $ 1,409.80 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 319.81 |
| 2.750% | | | 07/16/2026 | $ 8.88 | | | $ - | | $ 229,576.54 | $ 8.88 | $ 1,418.68 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 310.93 |
| 2.750% | 07/01/2026 | 07/01/2026 | 07/23/2026 | $ 1,588.96 | $ 1,588.96 | $ 526.11 | $ 550.57 | | $ 229,025.97 | $ 512.28 | $ 1,930.96 | $ - | $ 96.70 | $ (0.00) | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 310.93 |
| 2.750% | | | 08/04/2026 | | | | $ - | | $ 229,025.97 | $ (160.39) | $ 1,770.57 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 310.93 |
| 2.750% | | | 08/24/2026 | $ 8.88 | | | $ - | | $ 229,025.97 | $ 8.88 | $ 1,779.45 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | $ (8.88) | $ 302.05 |
| 2.750% | | | 09/02/2026 | | | | $ - | | $ 229,025.97 | $ (160.39) | $ 1,619.06 | $ - | $ 96.70 | $ - | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | Mortgage Insurance Disbursement | | $ 302.05 |
| 2.750% | 08/01/2026 | 08/01/2026 | 09/03/2026 | $ 1,588.96 | $ 1,588.96 | $ 524.85 | $ 551.83 | | $ 228,474.14 | $ 512.28 | $ 2,131.34 | $ - | $ 96.70 | $ 0.00 | $ (0.00) | $ - | $ - | | $ - | | $ - | | $ - | | | $ 302.05 |

CERTIFICATE OF SERVICE

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Response to Notice of Final Cure Payment to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Jarrod Anthony Golden
113 Federal Cove
Madison, MS 39110

Angela Nicole Golden
113 Federal Cove
Madison, MS 39110

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street
Suite 400
Jackson, MS 39201

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Executed on 09/21/26

By: /s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor