**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**JARROD ANTHONY GOLDEN AND**
**ANGELA NICOLE GOLDEN** **CASE NO. 24-01134-JAW**

**<u>AGREED ORDER</u>**

**THIS MATTER** came before the Court on the Trustee's Motion Under Rule 3002.1(f)(1) and Notice to Determine the Status of the Mortgage Claim of Planet Home Lending, LLC (the "Motion) (Docket #43) and the Response for Planet Home Lending, LLC (the "Creditor") (Docket #44). The Court being advised that the parties have reached an agreement finds as follows:

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion is hereby granted and the Response is hereby sustained.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Trustee has disbursed the following payments to cure arrearages:

[CONTINUED ON THE NEXT PAGE]

**Trustee Disbursed Payments to Cure Arrearages:**

| Description | From | To | Amount |
|---|---|---|---|
| Prepetition arrearage allowed amount | 07/2024 | 08/2024 | $532.93 |
| Prepetition arrearage disbursed amount | 07/2024 | 08/2024 | $239.76 |
| Postpetition obligation: (paid direct to the Creditor per the confirmed plan (Docket#30)) | 07/2024 | Present | $0.00 |

**##END OF ORDER##**

**SUBMITTED BY:**

*/s/ Semoune Ellis*
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

*/s/ Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr., MSB# 103469
*Debtors' Attorney*
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
jennifer@therollinsfirm.com

**AGREED BY:**

*/s/ Natalie Brown*
Natalie Brown, MSB#100802
*Creditor's Attorney*
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
Office: (877) 813-0992
Email: nbrown@rlselaw.com